JABURG BROS., INC., Appellant, *v.* BURNS & NELLIS
FIREPROOF STORAGE CORPORATION, Respondent.

(Argued May 28, 1935; decided June 11, 1935.)

*F. Campbell Jeffery* for appellant.

No appearance for respondent.

Judgment affirmed, without costs; no opinion.

Concur: CRANE, Ch. J., LEHMAN, O'BRIEN, HUBBS, CROUCH and LOUGHRAN, JJ. FINCH, J., taking no part.